No. 54. A. W. MELLON, DIRECTOR GENERAL, *v.* L. E. McKINLEY. On writ of certiorari to the Court of Appeals of the State of Kentucky. Argued October 19, 20, 1927. Decided October 24, 1927. *Per Curiam.* The grounds which were presented in the petition for certiorari, because of which the writ was granted, do not prove to have a substantial basis in the record, and the certiorari heretofore granted in this case is therefore vacated upon the authority of *United States* v. *McFarland, ante,* p. 485; *Southern Power Co.* v. *North Carolina Service Co.,* 263

U. S. 508; *Houston Oil Co.* v. *Goodrich*, 245 U. S. 440. *Mr. Ashby M. Warren* for petitioner. *Mr. Thomas C. Mapother* was on the brief for respondent.